

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:08-cv-80599-DMM (Middlebrooks/Johnson)

GARY DORFMAN, on his own
behalf and others similarly situated,

    Plaintiff,

v.

WCS LENDING, LLC, a Florida
Limited Liability Company,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' joint motion to review and approve FLSA settlement and dismiss action with prejudice. The parties have sought the Court's approval of their settlement. See Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the parties' settlement and is otherwise fully advised in the premises, and it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is APPROVED and this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement be necessary. The Clerk is directed to CLOSE this action.

**DONE AND ORDERED** this 3 day of _____, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record